1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10
11    THOMAS WHITEHURST,                    Case No. 2:14-cv-4320-JVS (GJS)
12              Plaintiff
13         v.                               **ORDER ACCEPTING FINDINGS
                                            AND RECOMMENDATIONS OF
14    KAUFFMANN et al.,                     UNITED STATES MAGISTRATE
                                            JUDGE**
15              Defendants.
16
17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all
18  pleadings, motions, and other documents filed in this action, and the Report and
19  Recommendation of United States Magistrate Judge ("Report").  The deadline to file
20  Objections to the Report has passed, and no Objections have been filed with the
21  Court.
22         The Court accepts the findings and recommendations set forth in the Report.
23  Accordingly, **IT IS ORDERED** that:
24      (1)  Defendants' Motion for Summary Judgment pursuant to Fed. R. Civ. Proc.
25           56 [Dkt. 39] is GRANTED;
26      (2)  Defendants' Motion for Involuntary Dismissal pursuant to Fed. R. Civ. Proc.
27           41(b) [Dkt. 39] is DENIED AS MOOT;
28      (3)  Plaintiff's claims against Defendants Cormack and Paulson are dismissed

without prejudice pursuant to Fed. R. Civ. P. 4(m); and

(4) Judgment shall be entered dismissing this action without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: February 27, 2017        _____

                                                        JAMES V. SELNA
                                                        UNITED STATES DISTRICT JUDGE