# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WHITEHURST, <br> Plaintiff <br> v. <br> KAUFFMANN et al., <br> Defendants. | Case No. 2:14-cv-4320-JVS (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

**IT IS ADJUDGED THAT** this action is dismissed.

DATE: February 27, 2017     _____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE